

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CLINTON T. MONTGOMERY, MANAGING TRUSTEE OF THE TRI-MONT IRREVOCABLE TRUSTS, KIMBERLY SHIPMAN DYESS, MELODY SHIPMAN DELONG, and MICHELE MITCHELL GRIMSLEY, | § § § § | No. 08-23-00153-CV Appeal from the 143rd Judicial District Court of Reeves County, Texas |
| Appellants, | § | Cause No. 21-06-24103-CVR |
| v. | | |
| ES3 MINERALS, LLC and ECHO MINERALS, LP, | | |
| Appellees. | | |

### J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below denying Appellants' motion for partial summary judgment and render a partial summary judgment in favor of Appellants in accordance with the opinion of this Court. We further reverse the judgment of the court below granting partial summary judgment in favor of Appellee Echo Minerals, LP, and remand the cause for further proceedings consistent with this opinion. We further order that Appellants recover from Appellees all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF MAY 2024.


GINA M. PALAFOX, Justice


Before Palafox, J., Soto, J., and Barajas, C.J. (Ret.)
Barajas, C.J. (Ret.) (Sitting by Assignment)